```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

         AUG 19 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN WHITE, | 3:10-cv-00694-LRH (RAM) |
| Plaintiff, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| vs. | |
| RUBEN VIDAURRI, et al., | |
| Defendants. | |

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4. For the reasons set forth below, the court recommends this matter be dismissed with prejudice.

The allegations giving rise to Plaintiff Allen White's (Plaintiff) Complaint took place while he was in the custody of Nevada Department of Corrections (NDOC), housed at Northern Nevada Correctional Center (NNCC). (Pl.'s Compl. (Doc. # 4).)[1] Plaintiff was most recently housed at Warm Springs Correctional Center. (*See* Doc. # 3.) Plaintiff, a *pro se* litigant, brings this action pursuant to 42 U.S.C. § 1983. (*Id.*) On screening, the court dismissed Counts I and II of the Complaint, and the equal protection claims, with prejudice. (Doc. # 3 at 6.) The court also dismissed Defendants Skolnik and Benedetti. (*Id.*) The court allowed Plaintiff's retaliation claim in Count III to proceed against Defendant Vidaurri. (*Id.*)

Defendant Vidaurri filed his Motion for Summary Judgment on June 27, 2011. (Doc.

---

[1]  Refers to the court's docket number.

# 12.) Plaintiff's opposition was due on or before July 21, 2011. The court entered a *Klingele* order on June 28, 2011. (Doc. # 16.) The *Klingele* order, addressed to Plaintiff at Warm Springs Correctional Center, was returned as undeliverable. (Doc. # 17.) The returned envelope indicates that Plaintiff has been paroled. (*Id.*) To date, no opposition has been filed to Defendant Vi Motion for Summary Judgment.

Plaintiff has failed to comply with LSR 2-2 and notify the court of a change of address. The Rule provides that the failure to "immediately file with the Court written notification of any change of address...may result in dismissal of the action with prejudice." As a result of Plaintiff's failure to inform the court of his change of address, the court should enter an order dismissing this action with prejudice.

## RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that the District Judge enter an Order **DISMISSING** this action **WITH PREJUDICE**.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

DATED: August 19, 2011.

_____
UNITED STATES MAGISTRATE JUDGE