UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| ALLEN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00694-LRH-RAM |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| RUBEN VIDAURRI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Robert McQuaid, Jr. (#18[1]) entered on August 19, 2011, recommending dismissing the complaint with prejudice due to Plaintiff's failure to comply with LSR 2-2 and notify the court of a change of address. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and the Local Rules of Practice, LR IB 1-4.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#18) entered on August 19, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18)

---

[1] Refers to court's docket number.

1  entered on August 19, 2011, is adopted and accepted, and that this action is DISMISSED with
2  prejudice. The Clerk of the Court shall enter judgment accordingly.
3      IT IS SO ORDERED.
4      DATED this 20th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE