1
2
3
4
5

6                              UNITED STATES DISTRICT COURT

7                                     DISTRICT OF NEVADA

8                                            * * * * *

9    ALLEN WHITE,                           )
                                            )
10              Plaintiff,                  )     3:10-cv-00694-LRH-RAM
                                            )
11   v.                                     )
                                            )     O R D E R
12   RUBEN VIDAURRI, *et al.*,              )
                                            )
13              Defendants.                 )
                                            )
14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Robert McQuaid, Jr.

16   (#18[1]) entered on August 19, 2011, recommending dismissing the complaint with prejudice due to

17   Plaintiff's failure to comply with LSR 2-2 and notify the court of a change of address. No objection

18   to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)B and the Local Rules of Practice, LR IB 1-4.

20        The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

21   memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

22   and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation

23   (#18) entered on August 19, 2011, should be adopted and accepted.

24        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18)

25   _____

26        [1]Refers to court's docket number.

entered on August 19, 2011, is adopted and accepted, and that this action is DISMISSED with prejudice. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 20th day of September, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE