AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

ALLEN WHITE,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                   CASE NUMBER: 3:10-CV-00694-LRH-RAM

RUBEN VIDAURRI, et al.,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that  the Magistrate Judge's Report and Recommendation [18] is adopted and accepted, and that this action is DISMISSED with prejudice.

 September 21, 2011                   **LANCE S. WILSON**
    Date                                        Clerk

                                                 /s/   M. Campbell
                                                      Deputy Clerk